UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DIANE SAVAGE,
               Plaintiff,

v.

UNITED STATES OF AMERICA and UNITED
STATES POSTAL SERVICE,
               Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 2595 (VB)

      As discussed at a conference held today, at which counsel for all parties attended, it is HEREBY ORDERED:

      1.    As stipulated by counsel at the conference, the United States Postal Service is dismissed from the case.

      2.    The Clerk is directed to terminate from the docket defendant United States Postal Service.

Dated: July 21, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge