UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DIANE SAVAGE,

                      Plaintiff,                **RESCHEDULING ORDER**

-against-                          22 Civ. 2595 (VB)(JCM)

UNITED STATES OF AMERICA,

                      Defendant.
------------------------------------------------------------x

       The Settlement Conference scheduled for October 4, 2023 at 2:00 p.m. is adjourned to November 15, 2023 at 2:00 p.m. and will be held via Microsoft Teams. A separate e-mail will be sent to counsel containing information on how to connect to the conference.

       Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference. The letter must summarize (1) the history of settlement negotiations; (2) the issues in the case; (3) the party's settlement valuation of the case and the rationales for it; and (4) any other information counsel believes would assist the Court in preparation for the conference. In addition, prior to the submission of the *ex parte* letters, Plaintiff must make at least one new settlement demand, and Defendant must make at least one new settlement offer.

Dated:  September 20, 2023
          White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge