UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DIANE SAVAGE,
                Plaintiff,

v.

UNITED STATES OF AMERICA,
                Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 2595 (VB)

      The Court has been advised the parties have agreed to settle this matter. (Doc. #46). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than March 22, 2024. To be clear, any application to restore the action must be filed by March 22, 2024, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other court appearances, including the scheduled trial, are cancelled. Any pending motions are moot.

      The Clerk is instructed to close the case.

Dated: February 21, 2024
      White Plains, NY

SO ORDERED:

*[signature]*
Vincent L. Briccetti
United States District Judge